**FILED**

APR 1 2 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ( <br> Plaintiff ) <br> ( <br> vs ) <br> ( <br> MARIA GUADALUPE TORRES ) <br> ( <br> ) <br> Defendant ( <br> ) | No. CR.05-149 MHP <br><br> STIPULATION TO PROVIDE TAPES, RECORDER AND EQUIPMENT TO DEFENDANT MARIA GUADALUPE TORRES and [PROPOSED] ORDER |

WHEREAS, defendant MARIA GUADALUPE TORRES is charged in an indictment now pending in the above Court; and

WHEREAS, defendant MARIA GUADALUPE TORRES is now at the Santa Rita Alameda County Jail in Dublin, California; (PFN #ULA 296); and

WHEREAS, in order for defendant MARIA GUADALUPE TORRES to adequately prepare a defense in her matter, it is necessary that she have copies of tapes, transcripts and documents translated from English to Spanish, together with the necessary recording equipment; and

WHEREAS said tapes, transcripts and recording equipment have already been prepared

and delivered to the jail and the jail has requested a Court authorization in order to provide MARIA GUADALUPE TORRES with said tapes, transcripts and equipment, and

WHEREAS the parties have stipulated and agreed that the defendant MARIA GUADALUPE TORRES should be provided access to these documents, tapes and equipment,

IT IS THEREFORE requested that the Court approve this Stipulation and Order and that the defendant MARIA GUADALUPE TORRES be given access and use of these tapes and equipment forthwith; and

FURTHER, she be supplied new batteries for the equipment as becomes necessary, which shall be provided to the jail periodically by counsel for defendant or JAMES E. DAVIS, the Discovery Co-ordinator appointed in this case.

**IT IS SO STIPULATED:**

DATED: March 12/06/2006

KEVIN V. RYAN
United States Attorney

By _____
C. DAVID HALL
Assistant United States Attorney

DATED: March 29 2006

_____
HARRY C. SINGER
Attorney for Defendant Maria Guadalupe Torres

**IT IS SO ORDERED:**

DATED: 4/12 _____ 2006

_____
Hon. Marilyn H. Patel
United States District Court

-2-

TOTAL P.03